941 A.2d 1263

Claudette HOUSTON and Louise Board, Respondents,

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Petitioner.

Supreme Court of Pennsylvania.

Feb. 7, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of February, 2008, the Application for Relief is **DENIED.**